WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL STEWART,**                Case No. 3:11-cv-1091-RE

  Plaintiff,

vs.                                           ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

    Attorney fees in the amount of $28,150.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,105.24, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (and another $7,499.99 in CV # 08-82-HO, which is this same claim). When issuing the § 406(b) check, the agency is directed to subtract both amounts previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $15,544.77, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this _11_ day of _April_, 2013.

                                                  _/s/_
                                          United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
  Attorney for Plaintiff

ORDER - Page 1